UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 1:05-CR-6026 |
| v. | ) | |
| | ) | Chief Judge Curtis L. Collier |
| DANA RAYNE MORRISON | ) | |
| | ) | |

**O R D E R**

On December 5, 2005, Defendant Dana Rayne Morrison ("Defendant") filed a motion[1] to amend the revocation judgment entered August 5, 2005 (Court File No. 8). Defendant requests the Court to amend her judgment to defer her financial responsibilities to the Court until she is released from custody and begins working again (Court File No. 12). Federal Rule of Criminal Procedure 35(a) only permits the Court to correct a sentence that "resulted from arithmetical, technical or other clear error" within seven days of the sentencing. The Court cannot grant this request because the motion was untimely filed. The Court suggests Defendant pursue whatever remedies may be available to her under 28 U.S.C. § 2255.

Therefore, the Court hereby **DENIES** Defendant's motion to amend judgment (Court File No. 12).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] Defendant's motion is entitled "Motion for Deferment" (Court File No. 12).